**The People of the State of Illinois ex rel. Esther Kominsky, Appellee, v. Harry Engert, Appellant.**

### Gen. No. 21,876.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY M. FISHER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed and remanded. Opinion filed December 19, 1916.

### Statement of the Case.

Bastardy proceedings by the People of the State of Illinois, on the relation of Esther Kominsky, against Harry Engert, defendant. From a judgment against him, the defendant appeals.

BENJAMIN E. COHEN, for appellant.

No appearance for appellee.

MR. JUSTICE McGOORTY delivered the opinion of the court.

## Abstract of the Decision.

1. BASTARDS, § 22*—*when evidence insufficient to sustain judgment against defendant.* Where in a bastardy case the defendant ·testified that the relatrix told him that just prior to their having sexual intercourse for the first time she went out automobile riding with a couple of fellows but did not remember just what happened during that time, and the relatrix admitted that she told the defendant that she had been out riding on that occasion but denied that she told him that something had happened to her or that she had been drinking, *held* that the doubtful character of the evidence adduced by the relatrix required the reversal of a judgment against the defendant.

2. BASTARDS, § 20*—*who has burden of proving paternity of child.* In a bastardy case the relatrix has the burden of establishing the paternity of the child by the greater weight of the evidence.